UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT WEEKES, *individually and on behalf of all others similarly situated*,

                Plaintiff,

    v.

INAMORATA SWIM, LLC,

                Defendant.

**ORDER**

21 Civ. 11166 (ER)

---

RAMOS, D.J.

    On December 30, 2021, Robert Weekes brought this action against Inamorata Swim, LLC ("Inamorata").  Doc. 1.  Inamorata was served on February 18, 2022.  Doc. 5.  To date, Inamorata has neither appeared in this action nor responded to the Complaint.

    Weekes is therefore directed to submit a status report regarding the case by **April 19, 2022.**  Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated: April 12, 2022
       New York, New York

                                              Edgardo Ramos, U.S.D.J.